IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

James Austermiller,  Case No. 3:10cv1697

    Plaintiff(s)

v.  ORDER

Commissioner of Social Security,

    Defendant(s)

There being no objection to the Report and Recommendation, and on de novo review, the Report and Recommendation is well taken. It is hereby

Ordered that the Report and Recommendation be, and the same hereby is, adopted as the order of this court.  Plaintiff's motion for judgment is denied.

    So Ordered.

    S/ James G. Carr
    United States District Court