IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

James Austermiller,                                             Case No. 3:10cv1697

        Plaintiff

v.                                                            ORDER

Commissioner of Social Security,

        Defendant

On *de novo* review of the Magistrate Judge's Report and Recommendation, and the Commissioner having informed the Court that there is no objection to the Report and Recommendation, it is hereby

ORDERED THAT the Magistrate Judge's Report and Recommendation be, and the same hereby is adopted as the Order of this Court.

I award Plaintiff $927.70 in compensation for underpayment by the Social Security Administration and deny his motion for EAJA attorney fees and costs.

The Clerk shall prepare an Entry of Judgement accordingly.

So ordered.

                                                               S/James G. Carr
                                                                James G. Carr
                                                                Senior District Judge